**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| IN RE:<br><br>**ROBERT E. HICKS**,<br><br>　　　　DEBTOR. | Chapter 7<br>Case No. 18-30214-KLP |
| **PETER J. BARRETT, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF ROBERT E. HICKS,**<br><br>　　　　MOVANT,<br><br>V.<br><br>**FRANKLIN AMERICAN MORTGAGE COMPANY, A TENNESSEE CORPORATION,**<br><br>AND<br><br>**CITIZENS AND FARMERS BANK,**<br><br>　　　　RESPONDENTS. | Contested Matter |

**NOTICE OF (A) MOTION OF CHAPTER 7 TRUSEE FOR (I) AUTHORITY TO SELL PROPERTY OF THE ESTAETE AT PRIVATE SALE FREE AND CLEAR OF ALL LIENS, CLAIMS, RIGHTS, AND INTERESTS PURSUANT TO 11 U.S.C. § 363 AND BANKRUPTCY RULE 6004; (II) AUTHORITY RELATED TO CLOSING AND DISTRIBUTION OF SALE PROCEEDS; (III) APPROVAL OF COMPENSATION AND**

_____
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:　　804.771.9500
Facsimile:　　804.644.0957
E-mail:　　rwestermann@hirschlerlaw.com
　　　　　　bfalabella@hirschlerlaw.com

*Counsel for James E. Patterson, Jr.*

**EXPENSES OF TRUSTEE'S BROKER; AND (IV) RELATED RELIEF; AND
<u>(B) NOTICE OF HEARING</u>**

**PLEASE TAKE NOTICE** that on November 20, 2019, Peter J. Barrett, in his capacity as the Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of Robert E. Hicks (the "**Debtor**"), by his undersigned counsel, filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "**Bankruptcy Court**"), the Chapter 7 Trustee's Motion for (I) Authority to Sell Property of the Estate at Private Sale Free and Clear of All Liens, Claims, Rights, and Interests Pursuant to 11 U.S.C. § 363 and Bankruptcy Rule 6004; (II) Authority Related to Closing and Distribution of Sale Proceeds; (III) Approval of Compensation and Expenses of Trustee's Broker; and (IV) Related Relief (the "**Motion**"), whereby the Trustee requests authority to sell certain real property, not in the ordinary course of business, located at 3232 Grove Avenue, Richmond, Virginia 23221 and more specifically described as follows:

> ALL that certain lot, piece or parcel of land, together with all improvements thereon and appurtenances thereto belonging, known, numbered and designated as No. 3232 Grove Avenue, lying and being in the City of Richmond, Virginia, and described as follows:
>
> BEGINNING at the northeastern intersection of Grove Avenue and Tilden Street, thence running eastwardly along and fronting on the north line of Grove Avenue 33 feet and extending back northwardly from said from between the east line of Tilden Street and a line parallel therewith 140 feet to an alley 12 feet wide, all as show on the plot of survey by A.G. Harocopos & Associates, P.C., Certified Land Surveyor and Consultant, dated April 29, 1992, attached to and made a part of the Deed in Deed Book 302, page 1875, and to which plat reference is hereby made for a more particular description of the property hereby conveyed.
>
> BEING the same real estate conveyed to Robert E. Hicks and April G. Straus from April G. Straus by Deed Dated January 12, 2015 and recorded simultaneously herewith.

(the "**Property**"), to buyer Louise Hallberg McCool (the "**Buyer**") at the sale price of $775,000.00.

**PLEASE TAKE FURTHER NOTICE** that the Trustee is requesting that the Court approve and authorize the payment of the following at closing of the Property on or before December 12, 2019:

a) The first Deed of Trust of Franklin American Mortgage Company in an anticipated agreed amount;
b) The second Deed of Trust of Citizens and Farmers Bank in an anticipated agreed amount;
c) $15,000 to April Straus;
d) $46,500, which is 6% of the Purchase price ($23,250 to Blue Dog Realty (the "**Trustee's Broker**") and $23,250 to the Buyer's agent at Long and

    Foster Realtors) and $18,304 in reimbursement of actual, necessary expenses of the Trustee's Broker; and

 e) Taxes and usual closing costs.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on **December 11, 2019 at 10:00 a.m.** in the United States Bankruptcy Court for the Eastern District of Virginia, Fifth Floor, Courtroom 5100, 701 East Broad Street, Richmond, Virginia 23219.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 6004(b) and Local Rule 9013-1(M), objections to this sale must be filed with the Court and served upon counsel for the Trustee on or before **December 4, 2019**.  Absent the filing of a timely objection, the Court may deem any opposition waived at the hearing noticed above, and that a failure to file a response may result in the Court treating the matters as uncontested and entering an order granting the Motion prior to the hearing.

Dated: November 20, 2019    PETER J. BARRETT, TRUSTEE FOR THE
                 ESTATE OF ROBERT E. HICKS

                 /s/ Robert S. Westermann
                 Robert S. Westermann (VSB No. 43294)
                 Brittany B. Falabella (VSB No. 80131)
                 HIRSCHLER FLEISCHER, P.C.
                 The Edgeworth Building
                 2100 East Cary Street
                 Post Office Box 500
                 Richmond, Virginia 23218-0500
                 Telephone: 804.771.9500
                 Facsimile: 804.644.0957
                 E-mail:  rwestermann@hirschlerlaw.com
                      bfalabella@hirschlerlaw.com

                 *Counsel for Peter J. Barrett, Chapter 7 Trustee of*
                 *the Bankruptcy Estate of Robert E. Hicks*

## Certificate of Service

      I hereby certify that on this 20th day of November, 2019, a true and correct copy of the foregoing Notice was served using the Court's ECF system, which thereby caused the document to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter. Further, I certify that on November 20, 2019, I sent a true and correct copy of the foregoing Notice to the parties listed on the Service List attached hereto and those listed below via first-class, U.S. mail.

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street
Suite 434
Richmond, VA 23219

Michael Freeman, Esq.
Samuel I. White, P.C.
1804 Staples Mill Road
Richmond, VA 23230

Jennifer West, Esq.
Spotts Fain
411 East Franklin Street
Suite 600
Richmond, VA 23219

William Baldwin, Esq.
Meyer, Baldwin, Long & Moore, LLP
5600 Grove Avenue
Richmond, VA 23226

                                                                              /s/ Robert S. Westermann
*Counsel for Peter J. Barrett, Chapter 7*
*Trustee of the Bankruptcy Estate of Robert*
*E. Hicks*

**SERVICE LIST**

| | | |
|---|---|---|
| BMW Financial Services NA, LLC<br>c/o AIS Portfolio Services, LP<br>4515 N. Santa Fe Ave.<br>Dept. APS<br>Oklahoma City, OK 73118 | Barry Strickland & Company<br>P.O. Box 9228<br>Richmond, VA 23227 | Citizens & Farmers Bank<br>c/o Spotts Fain PC<br>411 E. Franklin Street<br>Suite 600<br>Richmond, VA 23219 |
| Horizon Forest Products, L.P.<br>c/o W. Ashley Burgess, Esq.<br>Sands Anderson PC<br>1111 E. Main Street<br>24th Floor<br>Richmond, VA 23219 | Stonebridge Investment Company, LLC<br>710 N. Hamilton Street<br>Suite 300<br>Richmond, VA 23221 | United States Bankruptcy Court<br>701 E. Broad Street<br>Richmond, VA 23219 |
| ABC Builders Supply Company<br>13201 Ramblewood Drive<br>Chester, VA 23836 | ABC Supply Company<br>5800 Columbia Park Blvd.<br>Hyattsville, MD 20785 | AJ Madison, Inc.<br>c/o The Eliades Law Firm PLLC<br>14000 N. Enon Church Road<br>Chester, VA 23836 |
| AJ Madison, Inc.<br>3605 13th Avenue<br>Brooklyn, NY 11218 | American Express<br>P.O. Box 1270<br>Newark, NJ 07101 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265 |
| American Express Bank, FSB<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355 | Andrew S. Lerner<br>Zwicker & Associates<br>948 Clopper Road<br>2nd Floor<br>Gaithersburg, MD 20878 | Andrew and Anne Goddard<br>2220 Lakeview Ave.<br>Richmond, VA 23220 |
| BMC East, LLC<br>Richard M. Sissman, Esq.<br>8133 Leesburg Pike<br>Suite 400<br>Tysons Corner, VA 22182 | BMC East, LLC<br>Stock Building Supply, Inc.<br>10589 Redoubt Road<br>Manassas, VA 20110 | BMW Financial Services<br>Customer Service Center<br>P.O. Box 3608<br>Dublin, OH 43016 |
| Best Tile Richmond<br>2241 Central Avenue<br>Schenectady, NY 12304 | Best Tile Richmond<br>7490 West Broad Street<br>Henrico, VA 23294 | Beth & Richard Kelly<br>c/o S. Sadiq Gill<br>1111 East Main Street<br>Richmond, VA 23219 |

| | | |
|---|---|---|
| Beth and Richard Kelly<br>1511 Hanover Avenue<br>Richmond, VA 23220 | Beth and Richard Kelly<br>Steven Biss, Esq.<br>300 W. Main Street<br>Suite 102<br>Charlottesville, VA 22903 | Brock & Scott, PLLC<br>Paul M. Heinmuller<br>1315 Westbrook Plaza Drive<br>Winston Salem, NC 27103 |
| Citizens & Farmers Bank<br>Attn: Credit Administration<br>P.O. Box 391<br>West Point, VA 23181 | C&F Bank<br>P.O. Box 790408<br>Saint Louis, MO 63179 | Citizens Bank, N.A.<br>Cenlar FSB<br>BK Department<br>425 Phillips Blvd.<br>Ewing, NJ 08618 |
| Capital One<br>P.O. Box 30281<br>Salt Lake City, UT 84130 | Capital One Bank (USA), N.A.<br>By American InfoSource LP as agent<br>P.O. Box 71083<br>Charlotte, NC 28272 | Capital Waste Services<br>938 E. 4th Street<br>Richmond, VA 23224 |
| Capital Waste Services<br>c/o T. Andrew Lingle<br>9211 Forest Hill Ave.<br>Suite 201<br>Richmond, VA 23235 | Citizens & Farmers Bank<br>Jennifer West, Esq.<br>411 E. Franklin Street<br>Suite 600<br>Richmond, VA 23219 | Commonwealth of Virginia<br>Department of Taxation<br>P.O. Box 2156<br>Richmond, VA 23218 |
| Dal Tile Distribution, Inc.<br>7834 CF Hawn Frwy<br>Dallas, TX 75217 | Daltile<br>Lockbox #9237<br>P.O. Box 8500<br>Philadelphia, PA 19178 | Euler Hermes<br>800 Red Brook Blvd.<br>Suite 400 C<br>Owings Mill, MD 21117 |
| Franklin American Mortgage<br>224 N. Main Street<br>Moorefield, WV 26836 | Henrico Doctor's Hospital<br>P.O. Box 740760<br>Cincinnati, OH 45274 | Henrico Doctor's Hospital<br>Resurgent Capital Services<br>P.O. Box 1927<br>Greenville, SC 29602 |
| Horizon Forest Products LP<br>Credit Department<br>4800 Eubank Road<br>Henrico, VA 23231 | Horizon Forest Products, LP<br>c/o W. Ashley Burgess, Esq.<br>Sands Anderson PC<br>P.O. Box 1998<br>1111 E. Main Street, 24th Fl.<br>Richmond, VA 23219 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101 |

Joseph Layman
c/o Stephen C. Conte
300 W. Main Street
Richmond, VA 23220

MYKY, LLC
c/o Caudle and Caudle PC
3123 W. Broad Street
Richmond, VA 23230

Mark K. Brown
454 Pewter Ct.
#301
Charlottesville, VA 22911

Mark K. Brown
c/o David Oberg
917 E. Jefferson Street
Charlottesville, VA 22902

Matthew F. Bellinger
22228 Maplewood Ave.
Richmond, VA 23220

Mayer Electric Supply
P.O. Box 1328
Birmingham, AL 35201

Mayer Electric Supply
Company, Inc.
c/o Eugene W. Shannon, Esq.
426 E. Freemason Street
Suite 200
Norfolk, VA 23510

McGuireWoods LLP
Attn: Accounts Receivable
800 E. Canal Street
Richmond, VA 23219

Michael Layman
c/o Stephen C. Conte
300 W. Main Street
Richmond, VA 23220

NPAS
P.O. Box 99400
Louisville, KY 40269

Navigant Credit Union
1005 Douglas Pike
Smithfield, RI 02917

Noland Company
2101 Staples Mill Road
Richmond, VA 23230

Noland Company
c/o Derrick Rosser
211-A England Street
Ashland, VA 23005

RJT Industries
14893 Persistence Drive
Woodbridge, VA 22191

Rhonda B. Lee
c/o David G. Browne
Spiro & Browne PLC
6802 Paragon Place
Suite 410
Richmond, VA 23230

Rhonda E. Lee
c/o John H. Taylor
1900 One James Center
Richmond, VA 23219

Roofing and Supplies, Inc.
2503 Hull Street
Richmond, VA 23224

Shades of Light LLC
4924 W. Broad Street
Richmond, VA 23230

Sherwin Williams Company
Account Receivables Dept.
2313 E. Cary Street
Richmond, VA 23223

Solodar & Solodar
11504 Allecingie Parkway
Richmond, VA 23235

Stephen C. Conte
300 W. Main Street
Richmond, VA 23220

Stonebridge Investments
c/o Scott Stolte
710 N. Hamilton Street
#300
Richmond, VA 23221

The Sherwin-Williams
Company
c/o Solodar & Solodar
4825 Radford Ave.
Suite 201
Richmond, VA 23230

Thos Somerville Co.
Richmond Warehouse
2120 Maywill Street
Richmond, VA 23230

| | | |
|---|---|---|
| Triton Stone<br>10471 Washington Highway<br>Glen Allen, VA 23059 | US Bank<br>P.O. Box 5229<br>Cincinnati, OH 45201 | U.S. Trustee<br>701 E. Broad Street<br>Suite 4304<br>Richmond, VA 23219 |
| VAMAC<br>4201 Jacque Street<br>Richmond, VA 23230 | VAMAC Inc.<br>P.O. Box 11225<br>Richmond, VA 23230 | Virginia Department of Tax<br>P.O. Box 2369<br>Richmond, VA 23218 |
| Wells Fargo Bank: Small Business Lending Division<br>P.O. Box 29482<br>Phoenix, AZ 85038 | Wells Fargo<br>P.O. Box 77053<br>Minneapolis, MN 55480 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>P.O. Box 10438<br>Des Moines, IA 50306 |
| Beth Kelly<br>c/o Steven S. Biss, Esq.<br>300 W. Main Street<br>Suite 102<br>Charlottesville, VA 22903 | John P. Fitzgerald, III<br>Office of the U.S. Trustee<br>Region 4-R<br>701 E. Broad Street<br>Suite 4304<br>Richmond, VA 23219 | Joseph Layman<br>LeClairRyan, P.C.<br>c/o Donna J. Hall, Esq.<br>999 Waterside Drive<br>Suite 2100<br>Norfolk, VA 23510 |
| Michael Layman<br>LeClairRyan, P.C.<br>c/o Donna J. Hall, Esq.<br>999 Waterside Drive<br>Suite 2100<br>Norfolk, VA 23510 | Peter J. Barrett<br>Kutak Rock LLP<br>901 E. Byrd Street<br>Suite 1000<br>Richmond, VA 23219 | Rhonda Lee<br>c/o Spiro & Browne PLC<br>6802 Paragon Place<br>Suite 410<br>Richmond, VA 23230 |
| Richard Kelly<br>c/o Steven S. Biss, Esq.<br>300 W. Main Street<br>Suite 102<br>Charlottesville, VA 22903 | Robert A. Canfield<br>Canfield, Wells & Kruck, LLP<br>4124 E. Parham Road<br>Henrico, VA 23228 | Robert E. Hicks<br>3232 Grove Avenue<br>Richmond, VA 23221 |