# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Robert B. Van Arsdale, an attorney and former Assistant United States Trustee, retired from the United States Department of Justice effective December 31, 2019. By this notice, Mr. Van Arsdale's appearance as counsel of record in the attached list of cases is hereby withdrawn, and Assistant United States Trustee Kenneth N. Whitehurst, III is substituted therein as counsel of record.

By: */s/ Kenneth N. Whitehurst, III*

Kenneth N. Whitehurst, III, Esq.
Assistant United States Trustee

## CERTIFICATE OF SERVICE

I certify that on **January 9, 2020** service on all attorney Users in each case identified in the attached list was accomplished through the Notice of Electronic Filing, pursuant to CM/ECF Policy 9 of the United States Bankruptcy Court for the Eastern District of Virginia, Case Management/Electronic Case Files (CM/ECF) Policy Statement, Version 09/04/09.

By: */s/ Kenneth N. Whitehurst, III*

Kenneth N. Whitehurst, III, Esq., AUST, VSB No. 48919
Shannon F. Pecoraro, Esq., VSB No. 46864
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
(804) 771-2310

| Case No. | Case Title |
| --- | --- |
| 04-40289-KRH | Business Communications of Virginia, Inc. |
| 07-32893-KRH | Katherine Wood Hardy |
| 08-31139-KLP | Richard L Thacker, Jr |
| 08-35653-KRH | Circuit City Stores, Inc. |
| 08-35994-KRH | LandAmerica Financial Group, Inc. |
| 08-36642-KLP | Canal Corporation |
| 09-31801-KRH | Darryl L Ricks |
| 09-38392-KLP | James Terrence Guthrie and Shannon Sheffield Guthrie |
| 12-31014-KLP | Allen N Harrison and Michelle A Harrison |
| 12-31291-KLP | LaTara Cheri LeSure-Hill |
| 13-30203-KRH | Raymond Wayne McDougle |
| 13-32520-KLP | Mavis F Agyemang and George O Djimah |
| 13-32992-KLP | Stanley Palivoda and Vivian Hannah Palivoda |
| 13-33011-KRH | William Andrew Karo |
| 13-36312-KLP | Richmond Christian Center |
| 14-00301-KLP | na |
| 14-00302-KRH | Office of the United States Trustee v. Thomas |
| 14-30768-KRH | Sherry L. Thomas |
| 14-33034-KLP | Russell Hamlin Malone, III |
| 14-33766-KLP | Saranna, LLC |
| 14-34895-KLP | Shawnda Meyer |
| 14-35637-KRH | Jacqueline Richardson Morton |
| 15-00302-KRH | na |
| 15-00303-KLP | na |
| 15-30004-KLP | Joseph Stephan Schiess and Donna Smith Schiess |
| 15-32450-KLP | Patriot Coal Corporation |
| 15-32694-KLP | Diane H. Clemons |

| Case Number | Name |
|---|---|
| 15-32919-KRH | Health Diagnostic Laboratory, Inc. |
| 15-32966-KLP | Dominion Paving & Sealing, Inc. |
| 15-33370-KLP | Morris Schneider Wittstadt Va., PLLC |
| 15-33894-KLP | Lori Katherine Hammond and William Michael Hammond |
| 15-34098-KRH | Justin Robert Watlington and Mindy Sue Watlington |
| 15-34304-KLP | Tyrone Derrick Key |
| 15-34365-KLP | Zinerva Tyrone White, III |
| 15-35082-KLP | Walden Real Estate Ventures, LLC |
| 15-36426-KRH | Telisha Marie Harris |
| 16-30250-KRH | Hope-Leenda M Chambliss |
| 16-31910-KRH | George Randolph Waller |
| 16-32596-KRH | Steamers Three LLC |
| 16-33593-KLP | Michael Stephen Hughart |
| 16-34750-KLP | Oyster Company of Virginia, LLC |
| 16-35630-KLP | John Daniel Mangigian, Jr. |
| 17-00301-KRH | Office of the United States Trustee v. Taylor |
| 17-00302-KRH | Office of the United States Trustee v. Balthrop |
| 17-30339-KRH | Oliver Lawrence |
| 17-30630-KRH | Colette NMN Mapp |
| 17-32332-KRH | Nicole Antoinette McEachin |
| 17-32986-KLP | The Gymboree Corporation |
| 17-33735-KLP | Chen Kuo Chen and Hui Qi Zhang |
| 17-34665-KLP | Toys "R" Us, Inc. |
| 17-34903-KRH | Michael J. Manning |
| 17-35851-KRH | Louis Lee Abernethy |
| 17-36349-KLP | RMG Enterprises, LTD. |
| 18-03085-KLP | Fitzgerald, III v. Walters et al |
| 18-30214-KLP | Robert E. Hicks |

| | |
|---|---|
| 18-31218-KLP | Dorian Odell Daniels |
| 18-31331-KRH | A Grace Place Adult Care Center (Inc.) |
| 18-31716-KRH | Adrian Meyer |
| 18-32386-KRH | Myrtis Day Rusis |
| 18-32706-KRH | William Scott Hoppe and Christina Hoppe |
| 18-33076-KLP | Crystal A Neverson |
| 18-33129-KRH | Jonas Venckus |
| 18-33289-KRH | Reyna Isabel Heffernan |
| 18-33453-KRH | Gladys Karen Nelson |
| 18-34611-KLP | Richard Dean Heath, Jr and Stacey Tuminello Heath |
| 18-34660-KRH | Scott Allen Buffalo and Allyson Brooke Barlow |
| 18-34784-KRH | Roy Linwood Ford, Jr. and Regina Eberhardt Ford |
| 18-35418-KRH | Rhonda Long |
| 18-35573-KRH | Jashona Montika Byrd |
| 18-36291-KRH | Gary Lee Blevins |
| 19-00302-KRH | OLD ANR, LLC, et al |
| 19-03059-KLP | Fitzgerald v. Moody |
| 19-03060-KRH | Siegel, Trustee of the Circuit City Stores, Inc. L v. Fitzgerald, Acting United States Trustee for Regio |
| 19-03091-KRH | Siegel, Trustee of the Circuit City Stores, Inc. L v. United States Trustee Program et al |
| 19-30119-KLP | Deborah Moody |
| 19-30258-KLP | Gemstone Solutions Group, Inc. |
| 19-30433-KLP | Keith Roderick Alston |
| 19-31323-KLP | Cathy Mickens |
| 19-31955-KLP | Christopher Santora and Terri Santora |
| 19-31994-KRH | Derrick Dimetreus Bailey and Fellicia Lynette Bailey |
| 19-32030-KLP | Eulanda Renal Allen Holloman |
| 19-32036-KLP | Anthony M. Howard and Charnette D. Smith-Howard |

| | |
|---|---|
| 19-32129-KRH | Brian Christopher Antzak |
| 19-32326-KLP | Judy S Johnson |
| 19-32401-KRH | Alvin Leon Goode |
| 19-32505-KRH | Asif Anwer |
| 19-32584-KLP | Stephanie L. Galindo |
| 19-32939-KRH | Terence W Blount |
| 19-33637-KRH | Jeffrey A. Percey and Deborah M. Percey |
| 19-34574-KRH | LeClairRyan PLLC |
| 19-36126-KRH | Alouette Holdings, Inc. |