**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**IN RE:**

**ROBERT E. HICKS**,

        **DEBTOR.**

Chapter 7
Case No. 18-30214-KLP

**NOTICE OF FIRST INTERIM AND FINAL APPLICATION OF HIRSCHLER
FLEISCHER, P.C. FOR ALLOWANCE OF COMPENSATION AND EXPENSE
REIMBURSEMENT AS COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE
PERIOD OF APRIL 10, 2018 TO JANUARY 8, 2020**

    **PLEASE TAKE NOTICE THAT** on March 26, 2020, Hirschler Fleischer, P.C. ("Hirschler"), as counsel to Peter J. Barrett, Chapter 7 Trustee (the **"Trustee"**), filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "**Court**") the *First and Final Application of Hirschler Fleischer, P.C. for Allowance of Compensation and Expense Reimbursement as counsel to the Chapter 7 Trustee for the Period of April 10, 2018 to January 8, 2020* (the "**Application**").

    The Application seeks interim and final allowance of compensation in the amount of $50,028.00 and reimbursement of actual, necessary expenses in the amount of $0.00, for a total of $50,028.00, all of which fees and expenses were incurred during the time period of April 10, 2018 through January 8, 2020.

    **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases.  (If you do not have an attorney, you may wish to consult one.)**

    **PLEASE TAKE FURTHER NOTICE** that the Application is immediately available through PACER on the Court's website or from counsel for the Trustee.  Contact information for counsel for the Trustee is as follows:

_____
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:     804.771.9500
Facsimile:      804.644.0957
E-mail:  rwestermann@hirschlerlaw.com
        bfalabella@hirschlerlaw.com

*Counsel for Peter J. Barrett, Chapter 7 Trustee*

>Robert S. Westermann
>Brittany B. Falabella
>Post Office Box 500
>Richmond, Virginia 23218-0500
>Telephone:  804.771.9500
>Facsimile:  804.644.0957
>E-mail:     rwestermann@hirschlerlaw.com
>            bfalabella@hirschlerlaw.com

If you do not want the Court to grant the Application, or if you want the Court to consider your views on the Application, then on or before **April 22, 2020**, you or your attorney must:

1. File with the Court at the address shown below a written response(s) to the Application. You must mail or otherwise file your response(s) early enough so the Court will **receive** it on or before **April 22, 2020:**

   >Clerk of the Court
   >United States Bankruptcy Court
   >701 E. Broad Street, Suite 4000
   >Richmond, Virginia 23219

2. You must also serve your written response(s) on the following counsel for the Trustee at the address shown below. You must serve the written response(s) early enough so that such counsel will **receive** it on or before **April 22, 2020**

   >Robert S. Westermann
   >Brittany B. Falabella
   >Post Office Box 500
   >Richmond, Virginia 23218-0500

3. You must also attend the hearing to be held on **April 29, 2020, at 10:00 a.m..** before the Honorable Keith L. Phillips, United States Bankruptcy Court, 701 East Broad Street, Room 5100, Richmond, Virginia.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting the relief requested therein.

[*Remainder of Page Intentionally Left Blank*]

Dated: March 27, 2020  /s/ Robert S. Westermann
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
E-mail: rwestermann@hirschlerlaw.com
bfalabella@hirschlerlaw.com

*Counsel for Peter J. Barrett,, Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2020, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system, which then sent a notification of such filing to all counsel of record registered with the CM/ECF system. Additionally on March 27, 2020, a true and correct copy of the foregoing Notice was served via first class mail upon the parties listed on the attached **Service List**.

 /s/ Robert S. Westermann
Counsel

## SERVICE LIST

| | | |
|---|---|---|
| BMW Financial Services NA, LLC<br>c/o AIS Port<br>4515 N. Santa Fe Ave.<br>Dept. APS<br>Oklahoma City, OK 73118 | Barry Strickland & Company<br>P.O. Box 9228<br>Richmond, VA 23227-0228 | Citizens and Farmer Bank<br>c/o Spotts Fain PC<br>411 E. Franklin Street<br>Suite 600<br>Richmond, VA 23219 |
| Horizon Forest Products, L.P.<br>c/o W. Ashley Burgess, Esq.<br>Sands Anderson PC<br>1111 E. Main Street<br>24th Floor<br>Richmond, VA 23219 | Stonebridge Investment Company, LLC<br>710 N. Hamilton Street<br>Suite 300<br>Richmond, VA 23221 | United States Bankruptcy Court<br>701 E. Broad Street<br>Richmond, VA 23219 |
| ABC Builders Supply Company<br>13201 Ramblewood Dr.<br>Chester, VA 23836 | ABC Supply Company<br>5800 Columbia Park Blvd.<br>Hyattsville, MD 20785 | AJ Madison, Inc.<br>c/o The Eliades Law Firm PLLC<br>14000 N. Enon Church Rd.<br>Chester, VA 23836 |
| AJ Madison, Inc.<br>3605 13th Avenue<br>Brooklyn, NY 11218 | American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 |
| American Express Bank, FSB<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Andrew S. Lerner<br>Zwicker & Associates<br>948 Clopper Road<br>2nd Floor<br>Gaithersburg, MD 20878 | Andrew and Anne Goddard<br>2220 Lakeview Ave.<br>Richmond, VA 23220 |
| BMC East, LLC<br>Richard M. Sissman, Esq.<br>8133 Leesburg Pike<br>Suite 400<br>Tysons Corner, VA 22182 | BMC East, LLC<br>Stock Building Supply, Inc.<br>10589 Redoubt Road<br>Manassas, VA 20110 | BMW Financial Services<br>Customer Service Center<br>P.O. Box 3608<br>Dublin, OH 43016-0306 |
| Best Tile Richmond<br>2241 Central Ave.<br>Schenectady, NY 12304 | Best Tile Richmond<br>7490 W. Broad Street<br>Henrico, VA 23294 | Beth & Richard Kelly<br>c/o S. Sadiq Gill<br>1111 E. Main Street<br>Richmond, VA 23219 |
| Beth Kelly & Richard Kelly<br>1511 Hanover Avenue<br>Richmond, VA 23220 | Beth Kelly & Richard Kelly<br>Steven Biss, Esq.<br>300 W. Main St., Ste. 102<br>Charlottesville, VA 22903 | Brock & Scott, PLLC<br>Paul M. Heinmuller<br>1315 Westbrook Plaza Dr.<br>Winston Salem, NC 27103 |

| | | |
|---|---|---|
| Citizens and Farmers Bank<br>Attn: Credit Administration<br>P.O. Box 391<br>West Point, VA 23181-0391 | C&F Bank<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | Citizens Bank, N.A.<br>Cenlar FSB<br>BK Department<br>425 Phillips Blvd.<br>Ewing, NJ 08618 |
| Capital One<br>P.O. Box 30281<br>Salt Lake City, UT 84130 | Capital One Bank (USA), NA<br>By American InfoSource LP<br>as agent<br>P.O. box 71083<br>Charlotte, NC 28727-1083 | Capital Waste Services<br>938 E. 4th Street<br>Richmond, VA 23224 |
| Capital Waste Services<br>c/o T. Andrew Lingle<br>9211 Forest Hill Ave.<br>Suite 201<br>Richmond, VA 23235 | Citizens and Farmers Bank<br>Jennifer West, Esq.<br>411 E. Franklin Street<br>Suite 600<br>Richmond, VA 23219 | Commonwealth of Virginia<br>Department of Taxation<br>P.O. Box 2156<br>Richmond, VA 23218-2156 |
| Dal Tile Distribution, Inc.<br>7834 CF Hawn Frwy<br>Dallas, TX 75217 | Daltile<br>Lockbox #9237<br>P.O. Box 8500<br>Philadelphia, PA 19178-9237 | Euler Hermes<br>800 Red Brook Blvd.<br>Suite 400 C<br>Owings Mills, MD 21117 |
| Franklin American Mortgage<br>224 N. Main Street<br>Moorefield, WV 26836 | Henrico Doctor's Hospital<br>P.O. Box 740760<br>Cincinnati, OH 45724-0760 | Henrico Doctor's Hospital<br>Resurgent Capital Services<br>P.O. Box 1927<br>Greenville, SC 29602-1927 |
| Horizon Forest Products LP<br>Credit Dept.<br>4800 Eubank Road<br>Henrico, VA 23231 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Joseph Layman<br>c/o Stephen C. Conte<br>300 W. Main Street<br>Richmond, VA 23220 |
| MYKY, LLC<br>c/o Caudle and Caudle PC<br>3123 W. Broad Street<br>Richmond, VA 23230 | Mark K. Brown<br>454 Pewter Ct., #301<br>Charlottesville, VA 22911 | Mark K. Brown<br>c/o David Oberg<br>917 E. Jefferson Street<br>Charlottesville, VA 22902 |
| Matthew F. Bellinger<br>22228 Maplewood Ave.<br>Richmond, VA 23220 | Mayer Electric Supply<br>P.O. Box 1238<br>Birmingham, AL 35201-1328 | Mayer Electric Supply<br>Company, Inc.<br>c/o Eugene W. Shannon, Esq.<br>426 E. Freemason St.<br>Suite 200<br>Norfolk, VA 23510 |

| | | |
|---|---|---|
| McGuire Woods LLP<br>Attn: Accounts Receivable<br>800 E. Canal Street<br>Richmond, VA 23219 | Michael Layman<br>c/o Stephen C. Conte<br>300 W. Main Street<br>Richmond, VA 23220 | NPAS<br>P.O. Box 99400<br>Louisville, KY 40269-0400 |
| Navigant Credit Union<br>1005 Douglas Pike<br>Smithfield, RI 02917 | Noland Company<br>2101 Staples Mill Road<br>Richmond, VA 23230 | Noland Company<br>c/o Derrick Rosser<br>211-A England Street<br>Ashland, VA 23005 |
| RJT Industries<br>14893 Persistence Drive<br>Woodbridge, VA 22191 | Rhonda B. Lee<br>c/o David G. Browne<br>Spiro & Browne PLC<br>6802 Paragon Place<br>Suite 410<br>Richmond, VA 23230 | Rhonda E. Lee<br>c/o John H. Taylor<br>1900 One James Center<br>Richmond, VA 23219 |
| Roofing and Supplies, Inc.<br>2503 Hull Street<br>Richmond, VA 23224 | Shades of Light LLC<br>4924 W. Broad Street<br>Richmond, VA 23230 | Sherwin Williams Company<br>Account Receivables Dept.<br>2313 E. Cary Street<br>Richmond, VA 23223 |
| Solodar & Solodar<br>11504 Allecingie Pkwy<br>Richmond, VA 23235 | Stephen C. Conte<br>300 W. Main Street<br>Richmond, VA 23220 | Stonebridge Investments<br>c/o Scott Stolte<br>710 N. Hamilton Street<br>Suite 300<br>Richmond, VA 23221 |
| The Sherwin-Williams Company<br>c/o Solodar & Solodar, Attys<br>4825 Radford Ave.<br>Suite 201<br>Richmond, VA 23230 | Thos Somerville Co.<br>Richmond Warehouse<br>2120 Maywill Street<br>Richmond, VA 23230 | Triton Stone<br>10471 Washington Highway<br>Glen Allen, VA 23059 |
| US Bank<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | U.S. Trustee<br>701 E. Broad Street<br>Suite 4304<br>Richmond, VA 23219 | VAMAC<br>4201 Jacque Street<br>Richmond, VA 23230 |
| VAMAC Inc.<br>P.O. Box 11225<br>Richmond, VA 23230-1225 | Virginia Department of Taxation<br>P.O. Box 2369<br>Richmond, VA 23218-2369 | Wells Fargo Bank Small Business Lending Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-8650 |

| | | |
|---|---|---|
| Wells Fargo<br>P.O. Box 77053<br>Minneapolis, MN 55480-7753 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>P.O. Box 10438<br>MAC F8235-02F<br>Des Moines, IA 50306-0438 | Beth Kelly<br>c/o Steven S. Biss, Esq.<br>300 W. Main Street<br>Suite 102<br>Charlottesville, VA 22903 |
| John P. Fitzgerald, III<br>Office of the U.S. Trustee<br>Region 4-R<br>701 E. Broad Street<br>Suite 4304<br>Richmond, VA 23219 | Joseph Layman<br>LeClairRyan, P.C.<br>c/o Donna J. Hall, Esq.<br>999 Waterside Drive<br>Suite 2100<br>Norfolk, VA 23510 | Michael Layman<br>LeClairRyan, P.C.<br>c/o Donna J. Hall, Esq.<br>999 Waterside Drive<br>Suite 2100<br>Norfolk, VA 23510 |
| Peter J. Barrett<br>Kutak Rock LLP<br>901 E. Byrd Street<br>Suite 1000<br>Richmond, VA 23219 | Rhonda Lee<br>c/o Spiro & Browne PLC<br>6802 Paragon Place<br>Suite 410<br>Richmond, VA 23230 | Richard Kelly<br>c/o Steven S. Biss, Esq.<br>300 W. Main Street<br>Suite 102<br>Charlottesville, VA 22903 |
| Robert A. Canfield<br>Canfield Wells, LLP<br>4124 E. Parham Road<br>Henrico, VA 23228 | Robert E. Hicks<br>3232 Grove Avenue<br>Richmond, VA 23221 | Citizens Bank NA<br>f/k/a RBS Citizens NA<br>Samuel White PC<br>1804 Staples Mill Road<br>Suite 200<br>Richmond, VA 23230 |
| Franklin American Mortgage Company<br>Daniel K. Eisenhauer, Esq.<br>Stern & Eisenberg Mid-Atlantic, PC<br>9920 Franklin Square Dr.<br>Suite 100<br>Baltimore, MD 21236 | Shannon Pecoraro, Esq.<br>Office of the U.S. Trustee<br>701 E. Broad Street<br>Suite 4304<br>Richmond, VA 23218 | |